**KENDRA M. MATTHEWS, OSB No. 965672**
E-mail: kendra@ransomblackman.com
RANSOM BLACKMAN LLP
1400 Congress Center
1001 S.W. Fifth Avenue
Portland, Oregon 97204-1144
Telephone: [503] 228-0487
Facsimile: [503] 227-5984

Of Attorneys for Defendant Ed Needles

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

| | |
|---|---|
| **UNITED STATES OF AMERICA**, | ) |
| | ) NO. **CR 09-476-1-MO** |
| Plaintiff, | ) |
| | ) **AFFIDAVIT OF KENDRA M.** |
| v. | ) **MATTHEWS IN SUPPORT OF** |
| | ) **DEFENDANT NEEDLES'** |
| **ED NEEDLES**, | ) **MOTION TO CONTINUE** |
| | ) **TRIAL DATE** |
| Defendant. | ) |

STATE OF OREGON      )
                     )   ss.
County of Multnomah  )

I, KENDRA M. MATTHEWS, being first duly sworn, do hereby depose and say:

1. I have been appointed pursuant to the Criminal Justice Act to represent defendant Ed Needles.

Page 1 -   AFFIDAVIT OF KENDRA M. MATTHEWS IN SUPPORT OF
           DEFENDANT NEEDLES' MOTION TO CONTINUE TRIAL DATE

2. Mr. Needles has been charged with co-defendant Joe McBroom with one count of unlawfully maintaining, occupying and using a residence on National Forest System lands. 36 C.F.R. § 216.10(b).

3. Mr. Needles was arraigned on December 18, 2009, at which time his trial was scheduled for February 23, 2010.

4. This matter relates to defendants' mining operation, which is located in Eastern Oregon. The issues underlying the charge are relatively complex because they involve the interpretation of mining laws in the United States and the authority of the United States Forestry Service to regulate mining operations. Counsel believes that many of the issues underlying this prosecution have been litigated administratively. While the government has produced 300 pages of discovery related to this matter, it has not yet made the full administrative record available for defense counsel's review. It anticipates that it will be able to do so some time in early February. The government has also indicated that it may also be producing some additional reports for counsel's review and that, as a result of those reports, it may seek an amended Information.

5. Additional time is needed to research the applicable law, review discovery and prepare any pretrial motions.

6. Counsel believes that the basis for this motion constitutes delay which is excluded pursuant to 18 U.S.C. § 3161(h)(8)(A) and Mr. Needles consents to and requests the continuance. The motion is not filed for the purpose of delay but rather, to ensure

Page 2 -   AFFIDAVIT OF KENDRA M. MATTHEWS IN SUPPORT OF
            DEFENDANT NEEDLES' MOTION TO CONTINUE TRIAL DATE

**RANSOM BLACKMAN** LLP
1001 S.W. Fifth Avenue, Suite 1400
Portland, Oregon 97204-1144
Telephone: 503-228-0487
Facsimile: 503-227-5984

Mr. Needles' rights pursuant to the Sixth Amendment to the United States Constitution are fully protected.

7.  On January 19, 2010, counsel for defendant met with co-defendant Joe McBroom's counsel, Francesca Freccero, and counsel for the government, Assistant United States Attorneys Dwight C. Holton and Neil J. Evans, regarding this request. Ms. Freccero indicated that Mr. McBroom would be filing a similar motion. Mr. Holton and Mr. Evans authorized counsel to advise the Court that the government has no objection to the defendants' motions to continue.

/s/ KENDRA M. MATTHEWS
KENDRA M. MATTHEWS

SUBSCRIBED AND SWORN to before me this 22nd day of January, 2010.

/s/ FRANCES L. FRANKLIN
Notary Public for Oregon
My Commission Expires: 11/01/2012

Page 3 -   AFFIDAVIT OF KENDRA M. MATTHEWS IN SUPPORT OF
           DEFENDANT NEEDLES' MOTION TO CONTINUE TRIAL DATE

RANSOM BLACKMAN LLP
1001 S.W. Fifth Avenue, Suite 1400
Portland, Oregon 97204-1144
Telephone: 503-228-0487
Facsimile: 503-227-5984

CERTIFICATE OF SERVICE

I hereby certify that I served the foregoing AFFIDAVIT OF KENDRA M. MATTHEWS IN SUPPORT OF DEFENDANT NEEDLES' MOTION TO CONTINUE TRIAL DATE on the following attorneys by causing it to be electronically filed on January 22, 2010.  According to prior case notices, each are enrolled in the Court's electronic notice system.

    Dwight C. Holton
    Neil J. Evans
    Assistant United States Attorney
    United States Attorney's Office
    1000 S.W. Third Avenue, Suite 600
    Portland, OR 97204
        Of Attorneys for the Government

    Francesca Freccero
    Federal Public Defender's Office
    101 S.W. Main St., Suite 1700
    Portland, OR 97204
        Of Attorneys for Defendant Joe McBroom

    RANSOM BLACKMAN LLP


    /s/ KENDRA M. MATTHEWS
    KENDRA M. MATTHEWS
    OSB No. 965672
    [503] 228-0487
    Of Attorneys for Defendant Ed Needles

Page 4 -   AFFIDAVIT OF KENDRA M. MATTHEWS IN SUPPORT OF
            DEFENDANT NEEDLES' MOTION TO CONTINUE TRIAL DATE
                                                             **RANSOM BLACKMAN LLP**
                                                             1001 S.W. Fifth Avenue, Suite 1400
                                                             Portland, Oregon  97204-1144
                                                             Telephone: 503-228-0487
                                                             Facsimile: 503-227-5984